IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KATHRYN HOOD,

    Plaintiff,

vs.

HOUSING AUTHORITY OF
THE COUNTY OF SACRAMENTO,
SACRAMENTO HOUSING AND
REDEVELOPMENT AGENCY,

    Defendants.
_____/

No. CIV S-06-1534 MCE EFB PS

FINDINGS & RECOMMENDATIONS

       By order filed August 8, 2006, plaintiff's complaint was dismissed with leave to file an amended complaint within thirty days. The order warned that failure to file an amended complaint within that time period would result in a recommendation that the action be dismissed. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. *See* Local Rule 11-110; Fed. R. Civ. P. 41(b).

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, plaintiff may file written objections

1

1  with the court. Such document should be captioned "Objections to Magistrate Judge's Findings
2  and Recommendations." Failure to file objections within the specified time may waive the right
3  to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998);
4  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).
5  DATED:   September 26, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE