1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KATHRYN HOOD,

11          Plaintiff,              No. CIV S-06-1534 MCE EFB PS

12      vs.

13   HOUSING AUTHORITY OF
     THE COUNTY OF SACRAMENTO,              ORDER
14   SACRAMENTO HOUSING AND
     REDEVELOPMENT AGENCY,

15
        Defendants.
16   _____/

17          On September 27, 2006, the court issued its findings and recommendations

18   recommending that plaintiff's action be dismissed for plaintiff's failure to comply with the

19   court's August 8, 2006 order requiring her to file an amended complaint within 30 days.

20   Plaintiff has filed objections to the findings and recommendations.  Plaintiff seeks to have the

21   court vacate its September findings and recommendations because illness and "being a single

22   mother" prevented her from timely filing an amended complaint.  Plaintiff requests a 30-day

23   extension to file her amended complaint.

24          Good cause appearing, the court will vacate its September 27, 2006, findings and

25   recommendations.  It is ordered that plaintiff file an amended complaint within 30 days from the

26   date of service of this order.  Failure to file an amended complaint will result in a

1

1  recommendation that the action be dismissed with prejudice.  No further extensions will be

2  granted.

3               Accordingly, IT IS HEREBY ORDERED that:

4               1.  The findings and recommendations filed September 27, 2006, are vacated;

5               2.  Plaintiff is ordered to file an amended complaint within 30 days from the date

6  of service of this order.  Failure to file an amended complaint will result in a recommendation

7  that the action be dismissed with prejudice.  No further extensions will be granted.

8  DATED:  November 8, 2006.

9

10                              EDMUND F. BRENNAN

11                              UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2