IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KATHRYN HOOD,

    Plaintiff,                        No. CIV S-06-1534 MCE EFB PS

vs.

HOUSING AUTHORITY OF
THE COUNTY OF SACRAMENTO,
SACRAMENTO HOUSING AND
REDEVELOPMENT AGENCY,

    Defendants.                      FINDINGS & RECOMMENDATIONS
_____/

        On August 8, 2006, plaintiff's complaint was dismissed with thirty days leave to file an amended complaint. On September 27, 2006, when plaintiff failed to file an amended complaint within the allotted time, the court issued findings and a recommendation for dismissal of the action. On October 5, 2006, plaintiff filed objections to the findings and recommendation and requested an extension of time. In light of that filing, on November 9, 2006, the undersigned vacated the findings and recommendation and granted plaintiff one final thirty day extension of time within which to file her amended complaint. That thirty day period has now expired, and plaintiff has, once again, failed to file an amended complaint or otherwise respond to the court's order.

////

1  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without
2 prejudice.  *See* Local Rule 11-110; Fed. R. Civ. P. 41(b).
3  These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
8 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
9 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir.
10 1991).
11 DATED:   December 26, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE