IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KATHRYN HOOD,                                              No. 2:06-cv-1534-MCE-EFB-PS

      Plaintiff,

      v.                                                                ORDER

HOUSING AUTHORITY OF
THE COUNTY OF SACRAMENTO,
SACRAMENTO HOUSING AND
REDEVELOPMENT AGENCY,

      Defendant.
_____/

      On December 27, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

      Accordingly, the court presumes any findings of fact are correct. See Orland v. U.S., 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

      The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed December 27, 2006, are ADOPTED; and

2. This action is dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 41(b); Local Rule 11-110.

Dated: February 20, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE